AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| TIMOTHY SHAWN O'HARA, for himself and on behalf of others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>ORANGE COUNTY, NEW YORK, KERRY GALLAGHER, and STATE OF NEW YORK<br><br>*Defendant(s)* | Civil Action No. 23-10770 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ORANGE COUNTY, NEW YORK
225 Main Street,
Goshen, New York 10924

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adams Leclair LLP
Paul L. Leclair, Esq.
1200 Bausch and Lomb Place
Rochester, NY 14604
pleclair@adamsleclair.law
585-327-4100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/13/2023                                                                  /S/ V. BRAHIMI
                                                                                            *Signature of Clerk or Deputy Clerk*