

| Patrick J. Perotti*** | Jim Timmerberg | Howard W. Bernstein* |
| Irving Rosner | Frank A. Bartela | Marvin P. Dworken* |
| Gary S. Okin** | Patrick J. Brickman | Alec Berezin* |
| Howard S. Rabb | Daniel J. Williams | Melvyn E. Resnick* |
| Patrick T. Murphy | Christian D. Foisy | Keith R. Kraus* |
| Richard N. Selby II°° | Joseph N. Cindric | |
| Kenneth J. Cahill | Shmuel Kleinman | David M. Dworken^ |
| Erik L. Walter°°° | Anthony M. D'Attoma | David J. Richards, Jr.^ |
| Anna M. Parise | Rigel Ariza | Jodi Littman Tomaszewski^ |
| Kristen M. Kraus | Matthew Wagner | |
| Nicole T. Fiorelli | Talia Stewart | *Retired |
| Joshua J. Strickland | | ^Deceased |
| Amanda Ackerman Condon | Of Counsel - Jerome Emoff | **Board Certified in |
| Grant J. Keating | Of Counsel - Kim Alabasi | Family Relations Law |
| | | ***Board Certified in |
| | | Employment Law |
| | | °Also Admitted to |
| | | Practice in Michigan |
| | | °°Also Admitted to |
| | | Practice in Montana |

Please Respond to:                                                writer's e-mail: pperotti@dworkenlaw.com

Painesville Office
May 30, 2024

Judge Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

      **RE:** *Mkrtchyan, et al v. Orange County, New York, et al*
            **Southern District of New York Case No.: 7:23-cv-10770-KMK**

Honorable Judge Karas,

      Pending before this Honorable Court is Defendant Orange County's Response Letter regarding Plaintiffs' Second Amended Complaint, filed with this Court on May 24, 2024. (Doc 71). Plaintiffs' response to this letter request is currently due on May 31st, 2024. The undersigned respectfully requests that this Court grant Plaintiffs a modest extension of three days, until June 5, 2024, to file Plaintiffs' response letter. In light of our office's closure for the Federal holiday on Monday, the modest requested extension of time until June 5, 2024 is necessary to allow counsel to fully formulate Plaintiffs' response. This is the first request for extension of time to respond to Defendant Orange County's Response Letter regarding Plaintiffs' Second Amended Complaint. Prior to filing this request for an extension of time, counsel for Plaintiffs, Patrick J. Brickman, conferred with Counsel for Defendant Orange County, Matthew J. Nothnagle via e-mail on May 30, 2024. Attorney Nothnagle indicated that Defendant Orange County does not object to or oppose Plaintiffs' requested extension.

Granted.

So Ordered.
*/s/*
5/30/24

Very truly yours,

DWORKEN & BERNSTEIN CO., LPA

*Patrick J. Perotti*

Patrick J. Perotti

cc: Counsel of Record (via ECF)

---

60 South Park Place, Painesville, Ohio 44077 440-352-3391, 440-946-7656 Fax: 440-352-3469
1468 West 9th Street, Suite 135, Cleveland, Ohio 44113 216-861-4211 Fax: 216-861-1403
www.dworkenlaw.com