**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIAM HARRISON and MONIQUE HARRISON,<br><br>Plaintiffs,<br><br>- against –<br><br>NANCY BUCK, CYNTHIA THEADORE, LIVINGSTON MANOR SCHOOL DISTRICT, and SULLIVAN COUNTY,<br><br>Defendants. | **NOTICE OF MOTION**<br><br>Case No.: 7:24-cv-05591 |

| | |
|---|---|
| **MOTION BY:** | Defendants Sullivan County and Nancy Buck, Treasurer of Sullivan County, by its undersigned counsel |
| **REQUEST TO SUBMIT REPLY PAPERS and ORAL ARGUMENT:** | Pursuant to Local Rules 6.1(b) and 7.1(a), for the reasons discussed in the accompanying Affidavits submitted as supporting papers to this motion, the Defendants respectfully request permission to file Reply papers to any Response filed by Plaintiffs and for Oral Argument. |
| **SUPPORTING PAPERS:** | Affidavits of H. Todd Bullard, Esq. executed on March 16, 2026, Affidavits of Kathleen Lara executed on March 16, 2026, and Stephen Acquaria executed on February 9, 2026, together with Exhibits annexed thereto; and Memorandum of Law, dated March 16, 2026. |
| **RELIEF REQUESTED:** | An Order, pursuant to FED. R. CIV. P. 12(b)(1), 12(b)(6), 12(c) and 12(h)(3) dismissing this action, in its entirety and with prejudice; and granting such other and further relief as the Court deems just and proper |

Dated: March 16, 2026

H. Todd Bullard
Harris Beach Murtha Cullina PLLC
*Attorneys for Defendant Sullivan County*
99 Garnsey Road
Pittsford, New York 14534
Telephone: (585) 419-8800
Email: tbullard@harrisbeachmurtha.com

TO: Tanya Dwyer, Esq.
Legal Services of the Hudson Valley
1 Park Place, Ste. 202
Peekskill, New York 10566
Telephone: (914) 368-2489
Email: Case NoTDwyer@LSHv.org

As the Parties appear to agree that this Action should be consolidated with O'Hara v. Orange County, No. 23-cv-10770, and relevant factors appear to favor consolidation for substantially the reasons described by the Parties (*see* Dkt. No.47; Dkt. No. 48), the Court deems the cases consolidated. Accordingly, this Motion is denied without prejudice to it being resubmitted for consideration jointly with the Motions to Dismiss in the consolidated Actions.

SO ORDERED.

9/29/2026

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 16th day of March, 2026, a true and correct copy of Defendants Sullivan County and Kathleen M. Lara, Treasurer of Sullivan County, Notice of Motion, and supporting documents, dated March 16, 2026 was served upon all counsel of record via ECF.

H. Todd Bullard

H. Todd Bullard (103989)